## JAMES HILL v. NATHANIEL WALLACE.

ON an appeal from the judgment of a juftice of the peace, *Hill*, the plaintiff, declared in *affumfit*, for 3l. 16s. for goods, wares, and merchandizes fold. The evidence was of wheat delivered into the mill of *Wallace*, the defendant, generally, without ftating any particular purpofe.

*Bradford* and *Purviance*, for the defendant. The juftice was right in giving judgment againft *Hill*, even though the wheat had been received and mifapplied by *Wallace* : for only *trover* will lie in this cafe, and a juftice has no cognifance of *trover*. This is no fale, nor delivery for the ufe of the defendant, but a delivery for the ufe of *Hill*. Therefore, *trover* is the only proper action. *Affumfit* is not maintainable, and there ought to be a nonfuit.

*Rofs*, for the defendant. The delivery of the wheat is clearly proved, and will fupport *affumpfit*, an action rather to be favoured than *trover*.

PRESIDENT. We do not think ourfelves at liberty to direct a nonfuit; for we cannot fay, that it is *impoffible* for the jury to prefume a fale.

There are two queftions :—

1. On the merits, whether the wheat was delivered.

2. On the form of the action, whether the evidence fupports it.

1. The firft queftion we leave to your determination.

2. On the fecond, it has been contended, that no action will lie, but *trover*. There is no foundation for this opinion. Were this true, and the wheat were loft or ftolen, from the groffeft negligence, its owner would have no remedy; for, in fuch cafe, there would be no converfion, and, without converfion, *trover* could not be fupported. It is clear, that *affumfit* will lie.

But the true difpute in this cafe has not been touched on. The real difpute is not whether *trover* or *affumfit* lies ; but whether this ought to be a fpecial *affumfit* inftead of a general *indebitatus affumfit*, as it is.

If from the circumftances of this cafe, and the courfe of this trade in this country, you can prefume a fale, this action will lie.

The jury found for the plaintiff 2l. 5s. 6d. damages.

*L*

*1793.*

1 *St. L.* 309.

3 *Comm.* 161
—3.
*Cowp.* 290 4,
377.